UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80483-MIDDLEBROOKS/Matthewman

UNITED STATES *Ex. Rel.*, BRIAN
BUTLER, AND MARK PHILLIP,

    Plaintiff and Relators,

v.

MAZIN SHIKARA, *et al.*,

    Defendants.
_____/

**ORDER ON MOTION TO STAY**

THIS CAUSE comes before me on Defendants Mazin Shikara, Medical Consultants of Florida, LLC, Medical Consultants Management, LLC, and Well-Life Group, LLC's ("Moving Defendants") Motion to Stay Pending Ultimate Resolution of Constitutional Issues on Appeal ("Motion to Stay") (DE 372), filed June 30, 2025.  In their Motion, the Moving Defendants request that I completely stay this case pending the appeal of *United States ex rel. Zafirov v. Florida Medical Associates, LLC*¸No. 8:19-cv-1236-KMM-SPF, 2024 WL 4349292 (M.D. Fla. Sept. 30, 2024) *appeals docketed*, Nos. 24-13581, 24-13583 (11th Cir. Oct. 30, 2024).  The Moving Defendants note that they have made similar arguments in their Motions for Summary Judgment briefing that the *qui tam* mechanism is unconstitutional, as was successfully argued at the district court level in the *Zafirov* case currently on appeal.  Because the Eleventh Circuit's forthcoming decision could dispose of this litigation as a whole, the Moving Defendants request that I stay this case indefinitely.  The certificate of conferral notes that Plaintiffs/Relators oppose the relief sought, but that Defendants UnitedHealthcare of Florida, Inc. and Humana Medical Plan, Inc. do not oppose the relief sought.  (DE 372 at 8).

I have reviewed the Motion and am unconvinced that a stay of this case is justified. The ruling from the Eleventh Circuit may take months or even years and there is certainly no guarantee that the panel will affirm the district court's ruling on the constitutionality of the statute. I will not let this case sit idle while awaiting a ruling that may ultimately not impact the current proceedings anyway.

Accordingly, it is **ORDERED** that:

1) Defendants Mazin Shikara, Medical Consultants of Florida, LLC, Medical Consultants Management, LLC, and Well-Life Group, LLC's Motion to Stay Pending Ultimate Resolution of Constitutional Issues on Appeal (DE 372) is **DENIED.**

2) All pretrial and trial deadlines remain in place.

**SIGNED** in Chambers in West Palm Beach, Florida, this 1st day of July, 2025.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record