**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-80483-DMM**

UNITED STATES OF AMERICA *ex rel*.
BRIAN BUTLER and MARK PHILIPP,

    Plaintiffs/Relators,

v.

MAZIN SHIKARA; MEDICAL
CONSULTANTS OF FLORIDA, LLC;
WELL-LIFE GROUP, LLC; MEDICAL
CONSULTANTS MANAGEMENT, LLC;
HUMANA MEDICAL PLAN, INC.;
COVENTRY HEALTH PLAN OF
FLORIDA, INC.; AETNA HEALTH, INC.;
UNITEDHEALTHCARE OF FLORIDA,
INC.; MMM OF FLORIDA, INC.; AND
FREEDOM HEALTH, INC

    Defendants.

_____/

## NOTICE OF SETTLEMENT OF CLAIMS AGAINST HUMANA MEDICAL PLAN, INC.

Relators Brian Butler and Mark Philipp ("Relators") and Defendant Humana Medical Plan, Inc. ("Humana"), by and through their undersigned counsel and in accordance with Local Rule 16.4, notify the Court that the Relators and Humana have reached an agreement to resolve the Relators' claims against Humana with prejudice as to Relators and without prejudice as to the United States.

In accordance with 31 U.S.C. § 3730(b)(1), and this Court's Order on United States' Notice of Election to Decline Intervention (ECF No. 32), dismissal of the Relators' claims against Humana requires the consent of the United States. Undersigned counsel has communicated the terms of the settlement to the United States and understand the matter to be under review.

| **FLORIN | GRAY** | **McGuire Woods LLP** |
|---|---|

| */s/ Scott L. Terry* | */s/ Sean P. Walsh* |
|---|---|
| Scott L. Terry | Robert Eric Bilik |
| Florida Bar No. 77105 | Sean Patrick Walsh |
| sterry@floringray.com | McGuireWoods LLP |
| ddelarosa@floringray.com | 50 N Laura Street, Suite 3300 |
| Christopher D. Gray | Jacksonville, FL 32201-4099 |
| Florida Bar No. 902004 | ebilik@mcguirewoods.com |
| cgray@floringray.com | swalsh@mcguirewoods.com |
| Miguel Bouzas | |
| Florida Bar No: 48943 | David J. Pivnick (*pro hac vice*) |
| mbouzas@floringray.com | Brett W. Barnett (*pro hac vice*) |
| 16524 Pointe Village Drive, Suite 100 | McGuireWoods LLP |
| Lutz, Florida 33558 | 77 W. Wacker Dr #4100 |
| Telephone: (727) 254-5255 | Chicago, IL 60601 |
| Fax: (727) 483-7942 | dpivnick@mcguirewoods.com |
| | bbarnett@mcguirewoods.com |
| *Counsel for Relators* | *Counsel for Defendant Humana Medical Plan, Inc.* |