**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-80483-DMM**

UNITED STATES OF AMERICA *ex rel*.
BRIAN BUTLER and MARK PHILIPP,

    Plaintiffs/Relators,

v.

MAZIN SHIKARA; MEDICAL
CONSULTANTS OF FLORIDA, LLC;
WELL-LIFE GROUP, LLC; MEDICAL
CONSULTANTS MANAGEMENT, LLC;
HUMANA MEDICAL PLAN, INC.;
COVENTRY HEALTH PLAN OF
FLORIDA, INC.; AETNA HEALTH, INC.;
UNITEDHEALTHCARE OF FLORIDA,
INC.; MMM OF FLORIDA, INC.; AND
FREEDOM HEALTH, INC

    Defendants.
_____/

**JOINT CONDITIONAL STIPULATION FOR DISMISSAL**
**OF ALL CLAIMS AGAINST DEFENDANT HUMANA MEDICAL PLAN, INC.**

    In accordance with this Court's September 20, 2024 and August 26, 2025 Orders (ECF Nos. 189 and 404), Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in accordance with and subject to the terms of a Settlement Agreement ("the Agreement") among Plaintiffs-Relators Brian Butler and Mark Philipp ("Relators") and Defendant Humana Medical Plan, Inc. ("Defendant"), Relators and Defendant, by and through their undersigned counsel, hereby conditionally stipulate to the dismissal of Counts XIII, XIV, and XV of Relators' First Amended Complaint against Defendant.

    The stipulation is solely conditioned upon this Court's entry of an order retaining jurisdiction to enforce the Agreement and will not take effect until such condition is satisfied.

The dismissal of Counts XIII, XIV, and XV against Defendant will be:

1) with prejudice to Relators as to Relators' claims against Defendant in this Action; and

2) without prejudice to the United States.

The United States has indicated that it consents to the dismissal of Counts XIII, XIV, and XV against Defendant with prejudice to Relators and without prejudice to the United States. The United States will file a separate Notice of Consent to Dismissal.

Dismissal of these counts will remove Defendant Humana Medical Plan, Inc. from this Action, which will remain ongoing against all other remaining Defendants. No other Counts in this Action will be dismissed. The Action remains ongoing between Plaintiffs and all other remaining Defendants.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott L. Terry* | */s/ David J. Pivnick* |
| Scott L. Terry | David J. Pivnick |
| Email: sterry@floringray.com | Email: dpivnick@mcguirewoods.com |
| Christopher D. Gray | Brett W. Barnett |
| Email: cgray@floringray.com | Email: bbarnett@mcguirewoods.com |
| FLORIN \| GRAY | McGuire Woods LLP |
| 16524 Pointe Village Drive, Suite 100 | 77 Wacker Dr., # 4100 |
| Lutz, FL 33558 | Chicago, IL 60601 |
| *Attorneys for Plaintiffs-Relators Brian Butler and Mark Philipp* | *Attorneys for Defendant Humana Medical Plan, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Scott L. Terry*