**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-80483-DMM**

UNITED STATES OF AMERICA *ex rel.*
BRIAN BUTLER and MARK PHILIPP,

      Plaintiffs/Relators,

v.

MAZIN SHIKARA; MEDICAL
CONSULTANTS OF FLORIDA, LLC;
WELL-LIFE GROUP, LLC; MEDICAL
CONSULTANTS MANAGEMENT, LLC;
HUMANA MEDICAL PLAN, INC.;
COVENTRY HEALTH PLAN OF
FLORIDA, INC.; AETNA HEALTH, INC.;
UNITEDHEALTHCARE OF FLORIDA,
INC.; MMM OF FLORIDA, INC.; AND
FREEDOM HEALTH, INC

      Defendants.
_____/

**NOTICE OF SETTLEMENT OF CLAIMS AGAINST THE SHIKARA DEFENDANTS**

Relators Brian Butler and Mark Philipp ("Relators") and Defendants Mazin Shikara; Medical Consultants of Florida, LLC; Well-Life Group, LLC; and Medical Consultants Management, LLC (the "Shikara Defendants"), by and through their undersigned counsel and in accordance with Local Rule 16.4, notify the Court that the Relators and the Shikara Defendants have reached an agreement to resolve the Relators' claims against the Shikara Defendants with prejudice as to Relators and without prejudice as to the United States.

In accordance with 31 U.S.C. § 3730(b)(1), and this Court's Order on United States' Notice of Election to Decline Intervention (ECF No. 32), dismissal of the Relators' claims against the Shikara Defendants requires the consent of the United States. Undersigned counsel has

communicated the terms of the settlement to the United States and understand the matter to be under review.

| | |
|---|---|
| **FLORIN \| GRAY** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ Scott L. Terry | /s/ Wade G. Williams |
| Scott L. Terry | Wade G. Williams |
| Florida Bar No. 77105 | Florida Bar No. 1011478 |
| sterry@floringray.com | Wade.williams@lewisbrisbois.com |
| ddelarosa@floringray.com | Kimberly.hill@lewisbrisbois.com |
| Christopher D. Gray | Sean P. Schecter |
| Florida Bar No. 902004 | Florida Bar No. 1032813 |
| cgray@floringray.com | Sean.shecter@lewisbrisbois.com |
| Miguel Bouzas | Aviva.pasternak@lewisbrisbois.com |
| Florida Bar No: 48943 | 110 SE 6th Street, Suite 2600 |
| mbouzas@floringray.com | Fort Lauderdale, Florida 33301 |
| 16524 Pointe Village Drive, Suite 100 | Telephone: (954) 728-1282 |
| Lutz, Florida 33558 | Fax: (954) 678-4090 |
| Telephone: (727) 254-5255 | |
| Fax: (727) 483-7942 | |
| | *Counsel for Defendants Mazin Shikara; Medical Consultants of Florida, LLC; Well-Life Group, LLC; and Medical Consultants Management, LLC* |
| *Counsel for Relators* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Scott L. Terry