UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-80483-DMM

UNITED STATES OF AMERICA,
  *ex rel.*
BRIAN BUTLER and
MARK PHILIPP,

  *Plaintiffs*,

 v.

MAZIN SHIKARA; MEDICAL CONSULTANTS
OF FLORIDA, LLC; WELL-LIFE GROUP, LLC;
MEDICAL CONSULTANTS MGMT, LLC;
HUMANA MEDICAL PLAN, INC: COVENTRY
HEALTH PLAN OF FLORIDA, INC; AETNA
HEALTH, INC,: UNITED HEALTHCARE OF
FLORIDA, INC,: MMM OF FLORIDA, INC,; AND
FREEDOM HELATH, INC.

  *Defendants*.

### THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL
### OF ALL CLAIMS AGAINST DEFENDANT HUMANA MEDICAL PLAN, INC.

On September 3, 2025, Relators Brian Butler and Mark Phillip and Defendant Humana Medical Plan, Inc. filed a Conditional Joint Stipulation for Dismissal of All Claims Against Defendant Humana Medical Plan, Inc. D.E. 410. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of Relators' claims against Humana Medical Plan, Inc., with prejudice to Relators and without prejudice to the rights of the United States, based on the United States' determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Dated: September 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    **ROSALINE CHAN**
ROSALINE CHAN
Assistant United States Attorney
United States Attorney's Office,
Southern District of Florida
Fla. Bar No. 1008816
99 N.E. 4th Street, Third Floor
Tel: (305) 961-9335
Fax: (305) 530-7139
Rosaline.Chan@usdoj.gov

JAMIE ANN YAVELBERG
EDWARD C. CROOKE
MICHAEL R. FISHMAN
Attorneys, Civil Division
United States Department of Justice
175 N St. N.E.
Washington, D.C. (regular mail: 20530)
(express mail & messengers: 20002)
Tel: (202) 307-0435
Michael.Fishman@usdoj.gov

Attorneys for United States of America

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 4, 2025, I electronically filed the following document with the Clerk of Court using CM/ECF, which automatically generates notices to all counsel on record.

                                           **Rosaline Chan**
                                           ROSALINE CHAN
                                           Assistant United States Attorney