UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80483-MIDDLEBROOKS/Matthewman

UNITED STATES *Ex. Rel.*, BRIAN
BUTLER, AND MARK PHILLIP,

    Plaintiff and Relators,

v.

MAZIN SHIKARA, *et al.*,

    Defendants.
_____/

## ORDER TERMINATING DEFENDANT HUMANA MEDICAL PLAN, INC.

THIS CAUSE comes before me upon Plaintiffs-Relators Brian Butler and Mark Philipp ("Relators") and Defendant Humana Medical Plan, Inc.'s Joint Conditional Stipulation for Dismissal of All Claims Against Defendant Humana Medical Plan (DE 410), filed September 3, 2025. The Relators stipulate to dismissal of Counts XIII, XIV, and XV of Relators' First Amended Complaint against Defendant Humana. (DE 410 at 1). The Joint Stipulation is explicitly conditioned upon an order from this Court retaining jurisdiction to enforce the Settlement Agreement entered between the Plaintiffs-Relators and Humana Medical Plan, Inc. The Stipulation also states that the dismissal of these claims was with prejudice to Plaintiffs and without prejudice to the United States, who will separately file a Notice of Consent to Dismissal. (*Id.* at 2).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) This Court retains jurisdiction to enforce the Settlement Agreement between Relators and Defendant Humana Medical Plan, Inc.

2) Counts XIII, XIV, and XV of Relators' First Amended Complaint (DE 117) of this action brought pursuant to the False Claims Act, 31 U.S.C § 3729, *et seq.*, as against

Defendant Humana Medical Plan, Inc. are dismissed with prejudice as to Relators and without prejudice to the United States.

3) No other Counts in this Action will be dismissed pursuant to this Order or the Conditional Joint Stipulation Between Relators and Defendant Humana Medical Plan, Inc. The Action remains ongoing between Relators and all other remaining defendants.

**SIGNED**, in Chambers, at West Palm Beach, Florida, this 5 day of September 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE